Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Central District of California

Civil Division

Christopher Ken Ireland )
_____ )
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
)
-v- )
Orange County Sheriffs Department )
Deputy Hanly, Deputy 1, Deputy 2, Deputy 3 )
_____ )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. SACV20-1181 JGB (DFM)
*(to be filled in by the Clerk's Office)*



FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Ken Ireland |
| All other names by which you have been known: | Chris |
| ID Number | 2974510 |
| Current Institution | Orange County Jail - Theo Lacy Facility |
| Address | 501 The City Dr. South |
| | Orange                    CA              92868 |
| | City            State         Zip Code |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

| Defendant No. 1 | |
|---|---|
| Name | Orange County Sheriffs Department (OCSD) |
| Job or Title *(if known)* | Sheriff & Deputized personel |
| Shield Number | unknown |
| Employer | Orange County Board of Supervisors |
| Address | 320 N. Flower St. |
| | Santa Ana                 CA              92703 |
| | City            State         Zip Code |

☐ Individual capacity    ☒ Official capacity

| Defendant No. 2 | |
|---|---|
| Name | Deputy Hanly |
| Job or Title *(if known)* | Deputy Sheriff |
| Shield Number | unknown |
| Employer | Orange County Sheriffs Department (OCSD) |
| Address | 320 N. Flower St. |
| | Santa Ana                 CA              92703 |
| | City            State         Zip Code |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                            Deputy 1 (name unknown)
    Job or Title *(if known)*   OCSD Deputy Sheriff
    Shield Number          unknown
    Employer               OCSD
    Address                320 N. Flower St.

| Santa Ana | CA | 92703 |
|-----------|----|-------|
| *City* | *State* | *Zip Code* |

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
    Name                            Deputy 2 (name unknown)
    Job or Title *(if known)*   OCSD Deputy Sheriff
    Shield Number          unknown
    Employer               OCSD
    Address                320 N. Flower St

| Santa Ana | CA | 92703 |
|-----------|----|-------|
| *City* | *State* | *Zip Code* |

☒ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 5th, , 8th & 14th Amendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

after search, cell left in disarray, and excessive force & Torture after cell search – all this occured while the deputies were on duty and acting in their work capacities, wearing their uniform and badges

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

The incidents happened at Theo Lacy facility, K-mod and Transfer loop. The date was December 16, 2019 in the evening
orange, CA 92868

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.      What date and approximate time did the events giving rise to your claim(s) occur?

December 10th, 2019 in the evening @ 10pm, or 7pm-12am

D.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)* Unconstitutional/illegal cell search, I asked why they did that. I asked if I could recover some property. Deputies started assaulting me. They tried to break my arm around door and tazed me. I tried to prevent injury to my person/body parts. They tazed me again. I tried to defend my life. They pepper-sprayed me, then proceded to assault me again. I tried to prevent them from breaking limbs, which they were trying to do for a period of time. They stomped on my head. I suffered many injuries. They put on restraints too tight and refused to relieve the causation of pain, I was left in holding cell with restraints/cuffs + chains on too tight. I begged for relief for hours. I passed out 3 times from pain. My injuries were obvious. Many inmates saw what happened, and/or saw the results. I had a celly who saw everything Deputy Hartly picked me up and dragged me by the chains while I was laying down.

V.      **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I had tazer/stungun prong marks, cuts, bruises, dislocated shoulder, swollen head, hands, and feet, concussion, and emotional/psychological issues, I now fear law enforcement, feel hopeless, depressed, suffer anxiety + panic attacks, and still am having shoulder pain and vertigo. I have scars from restraints. I was initially seen by nurses who did not listen to what I told them. They just took my vital signs and wiped my face. I have constantly sought treatment for my injuries, only to be given motrin. They did not take pictures of my injuries, nor give me x-rays or MRI for my concussion and dislocated shoulder.

VI.     **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. I want monetary relief for my injuries, and for the Sheriff's Department, including all deputies, to be properly trained in use of force and cell searches.

I am seeking $10,000,000 dollars in actual damages, and $1 million in punitive damages. The basis for these claims is based on the injuries I received, the level of pain I suffered, the humiliation and embarrassment I suffered, the emotional and psychological damage I suffer, the pain and injuries I continue to suffer from, and the violation of my civil rights. I seek what I consider just and fair compensation for all of my injuries, pain and suffering.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Theo Lacy facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

In jail, P-mod and while I was in K-mod hole at Theo Lacy facility.

2.  What did you claim in your grievance?

That the deputies disrespectfully and illegally searched my cell, leaving it in disarray and a mess. I also grieved regarding the excessive force where they tried to break my arm and tazed/stunned me before I reacted, and also for the actions during the scuffle and the torture I recieved after the fact, due to the restraints used.

3.  What was the result, if any? Ignored at first, then given favor to deputies involved, stating that they acted within policy on use of force. They never stated policy, though I asked.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed 1st grievance response, and appealed again to watch Commander. I appealed to Division Commander, but did not recieve a response back. I filed a claim with Orange County Board of supervisors, but did not recieve response back.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Even though rules are posted, they are often incomplete or missing sections. When I order from law library, they take over a month some times or are incomplete or wrong item. I filed claim with the County as well, but OCSD, and Orange County Board of Supervisors do not always provide copies of claims filed.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* It has been 45 days since I filed claim.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes — A medical claim being filed along with this one

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Myself, Christopher Ken Ireland
     Defendant(s)   Orange County Healthcare agency, staff on duty at Incedent

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     Central District of California: Orange County

3.   Docket or index number
     none given yet

4.   Name of Judge assigned to your case
     none given yet

5.   Approximate date of filing lawsuit
     Same as this one

6.   Is the case still pending?

     ☒ Yes

     ☐ No

     If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     None yet

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  6-1-2020

Signature of Plaintiff

Printed Name of Plaintiff   Christopher Ken Ireland

Prison Identification #   2974510

Prison Address   501 The City Dr. South

Orange                     CA          92868
City                      State       Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
City                      State       Zip Code

Telephone Number   _____

E-mail Address   _____

SHERIFF'S DEPARTMENT
ORANGE COUNTY
CENTRAL JAIL COMPLEX

INMATE'S ADVISEMENT OF PUNISHMENT - DISCIPLINARY ISOLATION

FACILITY: THEO LACY                           INCIDENT #: 121019/2200

NAME: IRELAND      CHRISTOPHER KEN        BKG #: 2974510  HSG LOC: K  DI
On 010120 at 0936 hours, you appeared before Sgt. W SCHOLL
and were granted the opportunity to present a defense for the violation(s) of
which you were accused.  After consideration of the evidence, the Disciplinary
Officer has determined the facts to be founded and has assigned you  30 days in
Disciplinary Isolation: FROM 013120  TO  022920

V PABLO                                       C BYRD
-------------------------------               ----------------------------
Facility Manager                              Disciplinary Officer
          Date: 010220                                    Date: 010220
While housed in Disciplinary Isolation, you will be allowed to possess the
following:
     1. Disciplinary Isolation Welfare Pack consisting of :
        a. Writing Material - stationery, envelopes, pencil, Message Slips
        b. Personal hygiene items - soap, comb, toothpaste, toothbrush
     2. Regular bedding and towel
     3. Reading material - provided by the Recreation Director
     4. Mail - personal and legal

Telephone use will be made available on request to contact the courts, your
attorney, and for personal emergencies.

You will not be denied exercise of your religion, but you may not attend group
religious services.
Official visits, including religious advisors, will not be suspended.
Access to legal counsel will not be suspended as a disciplinary measure.

You will have the following privileges suspended while in Disciplinary
isolation:
     Dayroom and television
     Outdoor recreation
     Public visiting
     Personal telephone calls
     Commissary ordering, delivery, consumption or use
     Newspapers, magazines or other publications, except for one book from the
     Orange County Jail Library and one religious text
     Cards or games

Appeal of this punishment must be made within 14 days.

Inmates Signature: _Refused to sign @ 0554_____ Date: _1-31-20_

              Wasn't allowed to
              sign or view.

```
              ORANGE COUNTY SHERIFF-CORONER DEPARTMENT          DATE: 123119
                       AUTOMATED JAIL SYSTEM                     TIME: 0007
              INMATE NOTICE OF DISCIPLINARY VIOLATION/HEARING    PAGE: 1 OF 2
```

*over 15 days ago*

*I was on K-mod*

```
FACILITY: TL DATE: 121019 TIME OF OFFENSE: 2200   HSG: P  43 02 001
INMATE: IRELAND, CHRISTOPHER                      BKN: 2974510
VIOLATION: ASSAULTING STAFF, FTOD, DIS DIR.
```

---

Next Court/Release Date: __/__/__   Work Time: _____   Good Time: _____

Number of previous Jail Rules violations: Minor: _____   Major: _____
1.  You are hereby notified that a complaint has been filed against you alleging
    violation(s) of the Jail Rule(s) shown above. Facility policy mandates
    a hearing be held on these charges during which you may relate the facts
    as you see them and call witnesses or interpreters for your defense.
    The hearing will take place 24 hours after your receipt of this notice.
    You may waive this 24 hour delay and the hearing will take place as soon
    as possible after your receipt of this notice.

    I choose to waive the 24 hour delay for my hearing.  _____Inmate initials

    24 hour delay:  Begins (Date/Time) _____/____  Ends _____/____

    72 hour exp:  Begins (Date/Time) _____/____  Ends _____/____

2.  Should you be found guilty of this violation(s), the punishment could
    be one or a combination of the following: loss of privileges, loss of
    good and/or work time, or disciplinary isolation.

3.  You will be allowed to possess the following should you be placed into
    disciplinary isolation: (1) Writing materials, (2) Regular bedding and
    towel, (3) Reading material provided by jail recreation director, (4)
    Personal and legal mail. (5) Personal hygiene articles including one
    each comb, toothbrush and soap. Upon notification, deputies will provide
    you with a new supply of writing materials and allowable hygiene items
    if you run out. Use of the telephone will be provided to contact the
    courts, your attorney or for personal emergencies.

4.  You have the right to the following on major disciplinary actions:
    (  ) Written copy of the notice of disciplinary violation at least 24
         hours prior to your hearing.
    (  ) To call witnesses, or present written statements of unavailable
         witnesses, and present documentary evidence on your behalf.
    (  ) To present a statement or remain silent. Your silence may be used
         to draw an adverse inference against you. Your silence alone may
         not be used to support a finding that you committed a prohibited
         act(s).
    (  ) To be present throughout the hearing, except during deliberation
         and to know the hearing officer's decision.
    (  ) To appeal the hearing officer's decision, within 14 days after
         receiving notice of discipline imposed, to the Facility Commander.
```

Martin did not allow me to sign nnor read write up. He kept hustling me to hurry, then took write up away saying I refused when I did not. Did not allow me to call witnesses

```
        ORANGE COUNTY SHERIFF-CORONER DEPARTMENT          DATE: 123119
              AUTOMATED JAIL SYSTEM                       TIME: 0007
    INMATE NOTICE OF DISCIPLINARY VIOLATION/HEARING       PAGE: 2 OF 2
```

FACILITY: TL DATE: 121019 TIME OF OFFENSE: 2200   HSG: P  43 02 001
INMATE: IRELAND, CHRISTOPHER                      BKN: 2974510
VIOLATION: ASSAULTING STAFF, FTOD, DIS DIR.

---

5.  Do you wish to call witnesses?: (✗) Yes   ( ) No

    Witness: _____ Noe Roman _____   Bkg# 3110538

    Will testify to: _Self-defense, illegal cell search, deputy abuse, torture_
    missing property

    Witness: _Napoleon Lechuga_   Bkg# 2819330

    Will testify to: _illegal cell search, deputy instigation_

    Roberto Mendez  2886264 - witness to condition after assault

    This is not an admission of guilt or involvement. Your signature merely
    acknowledges you have been advised of your rights, as shown above, and
    received a copy of the inmate notice of disciplinary violation/hearing.

    Inmate's Signature: _____ CW _____      Date: _____

    Employee Signature: _____      Date: _____

    Time the Notice of Rights was given to the inmate:   Time: _____

    NO signature      NO time & Date

\* INMATE COPY \*

SHERIFF'S DEPARTMENT
ORANGE COUNTY
CENTRAL JAIL COMPLEX

INMATE'S ADVISEMENT OF PUNISHMENT - DISCIPLINARY ISOLATION

FACILITY: THEO LACY                              INCIDENT #: 121019/2200

NAME: IRELAND      CHRISTOPHER KEN      BKG #: 2974510  HSG LOC: P  43
On 010120 at 0936 hours, you appeared before Sgt. W SCHOLL
and were granted the opportunity to present a defense for the violation(s) of
which you were accused.  After consideration of the evidence, the Disciplinary
Officer has determined the facts to be founded and has assigned you  30 days in
Disciplinary Isolation: FROM 010720  TO  020520

V PABLO                                          C BYRD
---------------------------------                ----------------------------
Facility Manager                                 Disciplinary Officer
        Date: 010220                                        Date: 010220
While housed in Disciplinary Isolation, you will be allowed to possess the
following:
    1. Disciplinary Isolation Welfare Pack consisting of :
        a. Writing Material - stationery, envelopes, pencil, Message Slips
        b. Personal hygiene items - soap, comb, toothpaste, toothbrush
    2. Regular bedding and towel
    3. Reading material - provided by the Recreation Director
    4. Mail - personal and legal

Telephone use will be made available on request to contact the courts, your
attorney, and for personal emergencies.

You will not be denied exercise of your religion, but you may not attend group
religious services.
Official visits, including religious advisors, will not be suspended.
Access to legal counsel will not be suspended as a disciplinary measure.

You will have the following privileges suspended while in Disciplinary
isolation:
    Dayroom and television
    Outdoor recreation
    Public visiting
    Personal telephone calls
    Commissary ordering, delivery, consumption or use
    Newspapers, magazines or other publications, except for one book from the
    Orange County Jail Library and one religious text
    Cards or games

Appeal of this punishment must be made within 14 days.

Inmates Signature: _____ Date: 1/2/20 _____



JI# TL 12/019/2200    ☐ N/A

K-D1-6-1
WWA2

**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

**SANDRA HUTCHENS, SHERIFF - CORONER**

## GRIEVANCE / GRIEVANCE APPEAL FORM
(Circle One)

Inmate's Name __Chris Ireland__        Booking Number __2974510__

Housing Location __P43 cell2__        Date __1-24-20__

Date of Incident __@ 12/10/19__   Time of Incident __night/early morning__   Location of Incident __K-17, Loop__

Is grievance related to a disability?   Yes   (NO)   (Circle one)

| Details of Incident (One Incident Per Form. Include dates, times, and names of those involved.) |
| Details should be brief and contained in this area |

I never recieved a response to my initial grievance for an incident on or about 12-10-19. I was subjected to an illegal search/unconstitutional cell search, instigatory assault, attempted murder, and torture. I've never recieved any feedback, except for me recieving a write-up and discipline. I suffered numerous injuries, which were improperly treated, and still suffer from the results today. All of this at the hands of Orange County Sheriff Department Deputies. What happened to me was completely unnecessary, and abusive. The response of staff was heinous, and even criminal. Why was I left in the loop screaming in pain for several hours with cuffs on way too tight, and chains constricting around my waiste? Why were deputies unattentive, neglectful, and chiding. I had one deputy pick me up by the belly chain, while I was screaming for relief! I've suffered permanent, and irreparable harm at the hands of over-aggressive, petty, instigatory deputies. All for an issue they caused in the first place. Are you aware of the laws that state how an inmate's cell can be searched? Especially a pre-trial detainee? Are you aware of what is required before a deputy fires a tazer or stun gun?

### STAFF RESPONSE

THIS INCIDENT HAS BEEN INVESTIGATED AND VETTED & D WITHIN POLICY.
DR # 19-047093 / JI 12/019/2200

Inmate Signature _____        Date _____   Time _____

Received By __SGT. M. JANDR #5231__   Date __01-26-20__   Time _____
        Staff Name & PID # (Please Print)

Assigned To _____        Date _____

Response Returned to Inmate By _____   Date _____

☒ Handled as Inmate Request

| Do not write below this line. For official use only. |

**Copies (JI# Only)**
1. Original scanned to Grievance Program.
2. Photo copy to inmate after signing (attesting to receiving form).
3. Photo copy to inmate when returning response.
4. Original to Jail Inmate Record File

J190 (Rev. 02/11)

☑ Grievance        ☐ Intake/Release Center
☐ Appeal Grievance   ☐ Central Men's Jail
☐ Inmate Services    ☐ Central Women's Jail
☑ Personnel Complaint ☐ James A. Musick
☐ Medical            ☐ Theo Lacy Facility
☐ Appeal Discipline



**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA , CALIFORNIA**

JI#: TL020320/2130

Facility: Theo Lacy

**DON BARNES, SHERIFF-CORONER**                    **RESPONSE TO INMATE GRIEVANCE**

### RESPONSE TO INMATE GRIEVANCE

Inmate's Name    Christopher Ken Ireland          Booking #              2974510

Housing Location    TL K DI 06 ✓                  Date Appeal Received    2/3/2020

Date/Time of Incident  12/10/2019  22:00          Location of Incident    K

Your Grievance has been assigned to LIEUTENANT    C. Denison

Inmate is alleging the staff acted inappropriately during a use of force incident on 12-10-19 (JI#TL121019/2200).

This incident was investigated as a use of force.  The conduct of the Deputies involved was reviewed by the Sergeant, Watch Commander, and Facility Commander and deemed to be within policy.  There is no evidence of staff misconduct.

J193 (Rev. 02/11)              **INMATE COPY**



**SHERIFF DEPARTMENT**
**ORANGE COUNTY**
**SANTA ANA, CALIFORNIA**

JI# 121019/2200   ☐ N/A

TLO20320-2130

SANDRA HUTCHENS, SHERIFF - CORONER

**GRIEVANCE / GRIEVANCE APPEAL FORM**
(Circle One)

2974510

Inmate's Name: Clark Ireland   Booking Number: 2974510
Housing Location: K-Hole DI-6-1   Date: 2-1-20
Date of Incident: 12-10-19   Time of Incident: 2200   Location of Incident: K mod/Loop
Is grievance related to a disability?  Yes  (No)  (Circle one)

**Details of Incident (One Incident Per Form. Include dates, times, and names of those involved.)**
**Details should be brief and contained in this area.**

This is my response to to the staff response from my grievance by Sgt. Janica #5231. This needs to be elevated to the watch commander. You said the incedent has been investigated? By who, OCSD, the same corrupt organization who perpetrated the incedent? Been vetted? By the same ones who instigated the incident? How can an organization rationally investigate itself? It cannot. You say it's "within policy"? What policy allows you to search illegally? None. What policy allowed you to try to break my arm on the door frame, while tasing a nonaggressive man? None. What policy allowed you to beat and attempt to injure and kill a subdued man? None. What policy allowed you to place cuffs and chains so tight that I screamed for relief and passed out from the pain 3 times? None. What policy was it that kept you from relieving the pain? None. What policy was it to allow a deputy to pick me up by the waist chains and drop me, while I screamed in pain? None. What policy is it that allows you to cover up illegal deeds of deputies and try to twist reality with your lies? None. It was an illegal search, illegal booking and **STAFF RESPONSE** (torture)

This use of force was reviewed by the watch commander and facility commander and determined to be within policy. The force used was a direct result of your action & once your compliance was gained, the force stopped.
Lt Denison

Inmate Signature: ___   Date: 2-1-20   Time:
Received By: ___   Date:   Time:
Assigned To: Lt Denison   Date: 2-3-20
Response Returned to Inmate By: ___   Date:
☐ Handled as Inmate Request

**Do not write below this line. For official use only.**

Copies (JI# Only)
1. Original scanned to Grievance Program.
2. Photo copy to inmate after signing (attesting to receiving form).
3. Photo copy to inmate when returning response.
4. Original to Jail Inmate Record File

☐ Grievance  ☐ Intake/Release Center
☑ Appeal Grievance  ☐ Central Men's Jail
☐ Inmate Services  ☐ Central Women's Jail
☑ Personnel Complaint  ☐ James A. Musick
☐ Medical  ☐ Theo Lacy Facility
☐ Appeal Discipline

J190 (Rev. 02/11)

In The United States District Court
for The

Central District of California -civil division

| | |
|---|---|
| Christopher Ken Ireland, Plaintiff | Case # ____ |
| -V- | civil action # ____ |
| Orange County Sheriffs Department, | |
| Deputy Hanly, Deputy 1, Deputy 2, | |
| Deputy 3, Defendants | |

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The City Drive South Orange, CA 92868, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 65 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint

Clerk of the court

Date ____

In The United States District Court

for The

Central District of California — civil Division

Christopher Ken Ireland, Plaintiff )
-v-  )
Orange County Sheriffs Department, )
Deputy Hanly, Deputy 1, Deputy 2, )
Deputy 3, Defendants )
)

Summons
Civil action no ____
case # ____

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The city Drive South Orange, CA 92868, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service, or 60 days if the U.S. Government or office/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date

In The United States District Court
for The
Central District of California -civil Division

Christopher Ken Ireland, Plaintiff ) Summons
              -v.-                          ) case # _____
Orange County Sheriffs Department,  ) civil action no _____
Deputy Hanly, Deputy 1, Deputy 2,  )
Deputy 3, Defendants              )
                                    )

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The City Dr. South Orange, CA 92818, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the court

Date

In The United States District Court

for the
Central District of California – Civil Division

| | |
|---|---|
| Christopher Ken Ireland, Plaintiff | Summons |
| -v- | case # _____ |
| Orange County Sheriffs Department, | civil action no _____ |
| Deputy Hanly, Deputy 1, Deputy 2, | |
| Deputy 3,   Defendants | |

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The City Dr. South Orange, CA 92868, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of the court

Date _____

In The United States District Court
for the
Central District of California – Civil Division

| | |
|---|---|
| Christopher Ken Ireland, Plaintiff, | Summons |
| -v- | case no., |
| | civil action no. _____ |
| Orange County Sheriffs Department, | |
| Deputy Hanly, Deputy 1, Deputy 2, Deputy 3, | |
| Defendants | |

To The Above Named Defendants:

You are hereby summoned and required to serve upon plaintiff, whose address is: 501 The City Drive South   Orange, CA 92888, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the Court

Date _____

Legal Mail

Chris Ireland 2474516
501 The City Dr. South
Orange, CA 92868

ORANGE COUNTY JAIL
THEO LACY FACILITY
INMATE MAIL

Central District of California

U.S. Courthouse

312 N. Spring St.

Los Angeles, CA 90012

CLERK, U.S. DISTRICT COURT
RECEIVED
3 0 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Legal Mail




LEGAL MAIL

70127012
Envelope 9x12