In the United States District Court
for The
Central District of California - Civil Division

FILED
CLERK, U.S. DISTRICT COURT

JUN 30 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Christopher Ken Ireland, Plaintiff

-v-

Orange County Sheriffs Department, et al., Defendants

Declaration of
Noe Roman

SACV20-1181 JGB (DFM)

Civil action no. _____

case # _____

Noe Roman hereby declares:

I have been detained since March, 13th, 2019, at Theo Lacy Facility, Orange, CA. In November, while I was in K-mod, sector 17, cell 14, inmate Christopher Ken Ireland became my cell-mate. I'm not sure what day or date exactly, but I believe it was the beginning of the month.

From my experience, Chris had been a very nice and respectful person. I did notice, though, that the deputies didn't like him very much, even though Mr. Ireland was always courteous to them. He would always ask politely for normal jail things, like inmate message slips, or to have his medical chrono fulfilled. The deputies always gave him negative or disrespectful responses.

On the night of December 10th, 2020, our dayroom group was pulled out of our cells for a search. The deputies came with what looked like 20 deputies. As the deputies were pulling us out of our cells and handcuffing us, Mr. Ireland asked the deputy politely, "if they could respect his legal paperwork." The deputy responded with "Yeah, Yeah.. Whatever." I got a bad feeling about the search. As we were escorted down the stairs, a deputy Marin said "What's up Ireland?" in a very menacing way. Chris did not respond. The deputies escorted us to the recreation yard, and

① — continued on back →-

When we got there, Mr. Ireland stated that he'd never met the deputy, and said "What's up" to him. He said that worried him, and that he hoped they didn't destroy or throw away his personal items or paperwork. A little while later, a deputy came in and asked if we lived in cell 14. We responded that we did, and the deputy asked if anyone had a chrono for the extra mattress. Mr. Ireland responded that he did and that it was in the cell. The deputy said he didn't see it, and that he just took his arm and swept everything like this (the deputy made a sweeping motion with his arm across his chest, as if he were just knocking everything off the bunk haphazardly). The deputy left, and Mr. Ireland stated that he hoped his paperwork and personal items were OK. He seemed really worried, as the deputies tend to not show care nor concern for peoples property.

A little while later, the deputies called us out by cell #. This time, oddly, we weren't handcuffed like we were on the way out. When we walked upstairs, we noticed our stuff in a messy pile out on the walkway. Chris said "That's not cool", and asked the deputies if they were going to throw the stuff away. They responded with "Shut the fuck up Ireland". As we neared the cell, Chris noticed that his paperwork was everywhere, including the toilet and sink. He seemed very sad, and asked if he could recover his phone numbers, which were in the trash pile in front of our cell. When he pointed at the paper, the deputies started pushing him and yelling "Get the fuck in your cell Ireland!" Mr. Ireland did not react, he just asked again if he could recover his phone numbers, as they were really important to him. After that, the deputies became more violent, and tried to break his arm around the door frame. They also used a stun gun on him. Mr. Ireland screamed,

— Continued on next page —

③

"Stop! Your breaking my arm!" After that Chris did what he had to do to save his arm. The deputies pushed him in the cell and pulled out a tazer gun. At that point, Mr. Ireland shoved me behind him so I wouldn't be shot, and then the deputies tazed him in the chest. I heard Chris scream and saw him pull the tazer prongs out of his chest. Right after that, a deputy sprayed Mr. Ireland in the eyes with O.C. spray. I saw Mr. Ireland try to protect himself, but then he backed up trying to wipe his eyes. The deputies rushed in and started beating Mr. Ireland severely. They stomped on his head and were trying to break his limbs. I heard Mr. Ireland scream "Stop trying to break my legs!" and I heard him scream in pain. After a minute, a deputy said "that's enough" and they cuffed and chained Chris, and also put a mask on him. When I saw Chris's face, I saw blood and cuts and lumps all over his head. All I could hear was Chris, moaning, asking why they did that, and the deputies responding "Shut the fuck up." I was cuffed and chained, and then we were escorted downstairs. As I was being led away, I saw them put Mr. Ireland in a wheelchair.

As I was waiting in the transfer loop I saw Mr. Ireland being escorted to a cell nearby me. He looked terrible. His head was swollen and bloody, and his eyes looked shut. I called out to him and asked if he was OK. He responded, but he did not sound good. He said, "They fucked me up bad man. Why'd they do that?" I said "I don't know" and asked again if he was OK. He said he didn't know and asked me if I saw anything. I said "I saw everything." At that point, a deputy came and told me to stop talking to him.

— Continued on back ➔ —

After a little while, I started to hear Chris moan. I heard him ask the deputies if they could loosen his cuffs and chains, because they were cutting off circulation and it was extremely painful. His moaning became louder, and he started pleading with the deputies to loosen the restraints. He kept asking and begging, but nobody answered him. Occasionally a deputy would stop by and mock him or make fun of him by calling him a "pussy". His pleading and begging became more persistent, and he started screaming and yelling. I could hear him screaming "please, please help me!" Nobody helped. This went on for awhile, then he went quiet. I noticed a couple of deputies peered into the cell and walked away. A little while later a nurse came, and they opened up the cell and went in. I couldn't hear much, but it sounded like they were trying to see if he was alive. I heard moaning again, and then Chris ask if they could please loosen the restraints. I heard a painful sound from Mr. Ireland, and a deputy say "Looks fine to me" The same deputy started calling Chris a "bitch and a pussy", then he left. At that point, Mr. Ireland started moaning and screaming again. He sounded like he was in terrible pain. This went on for a long time, for what seemed like hours. Even when other inmates were being moved, I think for court, they asked the deputies to help him. He (Chris) went silent again. I was worried about him. All throughout our time in the loop, deputies would stop by and laugh at Mr. Ireland, or call him names. I heard him moaning and begging for help again for awhile, but no one did. He went silent again. A couple of deputies came and told me "Let's go." I walked with them to a hallway, and they told me, "get your stuff and wrap it up. Whatever you can't carry is getting thrown away." They had me do the same with Chris's stuff, and then I saw Mr. Ireland walking slowly into the hallway. He looked terrible, like a bloody balloon.

— Continued on next page —

I was shock and felt sorry for Mr. Ireland. He was limping, and stumbling, and his head was all swollen & bloody. I noticed his hands. They were so badly swollen. They looked like balloons. They told him to grab his stuff, and he tried. He was dizzy and in such pain that he couldn't grab his possessions. The deputy yelled at him to "Hurry the fuck up!" Mr. Ireland slowly put his things in a blanket and tied it up. He tried to carry it but could not. The deputy told him "whatever you cant carry, we will throw away!" I picked up Chris's stuff for him, and Chris said "Thank you." We slowly walked down several long hallways, while the deputies constantly told Mr. Ireland to "Hurry the fuck up, or I'll beat the shit out of you!". Mr. Ireland could not move any faster. I saw him stagger and stumble into the wall a few times. When we came back to K-MOD, the deputy told me to go in. I saw them escort Chris down the hall, as I entered back into K. The deputies in K mod told me I was moving to P mod. I overheard one of them laugh and say "You don't fuck with OCSD." When I arrived in P mod I didn't know what happened to Chris Ireland. I heard rumors from other inmates that "a white guy showed up looking all messed up". I finally saw him a few days later, walking to rec yard. His head was still swollen and bruised, and he walked with a limp. He didn't seem the same. I ended up recieving a write up for the incident, and was told I would be charged with assault on staff, even though I was not involved. I got 30 days in the hole for it, and met up again with Mr. Ireland. He told me all that he'd been suffering, and that a deput Hanly was always picking on him, trying to instigate confrontation with him. He also said that Hanly was one of the cops that was there the day he was beaten. Chris also told me that Deputy Hanly was

— continued on back →—

the one who picked him up by the chains in the loop and was the one who escorted us back, while cursing Chris. In my experience with Chris Ireland, I can't say that he deserved any harsh treatment from anybody. He's always wise, and courteous, and always tries to help people. In my opinion, the deputies picked on Mr. Ireland, and used overly-violent, excessive force. I think they wanted to hurt him, for what reason I don't know. I know from speaking with him, and seeing him on occasion, that he still suffers from pain and fear of OCSD deputies.

My memory may not be perfect, and I may get some events out of sequence, or forget something, as the event happened nearly 6 months ago, but this is the truth as I saw it and heard it happen.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Theo Lacy Facility, P-mod, Orange, CA 92868 on June 1st, 2020

Noe Roman          booking # 3110538

_Noe Roman_  Date of Birth 10-04-96