Case 8:20-cv-01181-FLA-DFM   Document 16   Filed 12/23/20   Page 1 of 3   Page ID #:73

FILED
Dec 23 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY [signature]
Deputy Clerk, U.S. District Court

Thursday December 17th

Clerk of the Court    Case # 8:20-cv-01181-2020

8:20-cv-01181 FLA (DFM)

So it seems that there is some sort of discrepancy between you and I. I claimed to have sent in 2x first ammended claims for cases no- 8:20-cv-01181-JGB-DFM, and for 8:20-cv-01182-JGB-DFM, and you say that you don't have one of them. I know for a fact that I included both ammended claims in the yellow envelope I sent to you. I remember having to stuff the contents in carefully, as it barely fit into the envelope. I also remember putting them in opposite directions so the two cases would easily distinguished from each other.

It is my opinion that you overlooked this fact and filed both of my ammended claims under 1 claim, instead of keeping them separate.

So, here is what I am requesting: Return all documents that have been sent to you, either at Santa Ana, or Los Angeles, so I can personally view what you have recieved. If my first ammended claim is missing from the documents, it can only mean a couple of things: Either OCSD is tampering with my legal mail (which they do often) or the clerk misplaced the 1st ammended claim for 01181, because I know what was put into the envelope, I worked too long and hard on those claims, with little to no resources or help, to have someone else's errors stop me. This is yet another reason I should have had council appointed.

Most sincerely
Chris Ireland
[signature]



Chris Ireland 2974516
501 The City Dr. South
Orange, CA 92868

Legal Mail

Clerk of the Court
Southern Division
411 W. 4th St. Ste #1053
Santa Ana, CA 92701-4516

Case 8:20-cv-01181-FLA-DFM Document 16 Filed 12/23/20 Page 3 of 3 Page ID #:75



LEGAL MAIL 9631