JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER KEN IRELAND, | No. SA CV 20-01181-FLA (DFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ORANGE COUNTY SHERIFF'S DEPARTMENT et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

Date: April 1, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge